# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Phillip A. Wellington, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-457 |
| | ) | |
| vs. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Defendant(s). | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 5, 2015 Order.

January 5, 2015

_____

Frank G. Johns, Clerk
United States District Court